UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Associated Press, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 15-cv-345-RJL ) |
| Department of State, | ) ) |
|       Defendant. | ) |

I, Daniel F. Van Horn, do hereby declare that:

1. I am an Assistant United States Attorney for the District of Columbia. I have held that position since 1992. I am currently assigned as the Chief of the Office's Civil Division. I have been a practicing attorney in public and private sector positions in the District of Columbia for more than 38 years.

2. Pursuant to Fed. R. Civ. P. 4(i)(1)(A)(ii), service of process on the United States Attorney may be accomplished by sending a copy of the summons and the complaint by certified mail addressed "to the civil process clerk at the United States attorney's office." The Advisory Committee Notes to this rule explain that "[t]o assure proper handling of mail in the United States attorney's office, the authorized mail service *must be specifically addressed to the civil process clerk* of the office of the United States attorney." (1993 Amendments; emphasis supplied.)

3. Document 4 on the Court's electronic civil docket for the above-captioned civil action is a "Notice of Filing of Proof of Service" which indicates that plaintiff served the summons and complaint on our Office by certified mail addressed to "United States Attorney's Office; 555 Fourth Street NW; Washington, D.C. 20530," with tracking number 70121010002554458944 and

1

delivery on May 17, 2015. Thus, contrary to Rule 4(i)(1)(A)(ii), plaintiff's certified mail package was not specifically addressed to the civil process clerk.

    4.    Our Office's procedure for recording receipt of service in a civil action is for a civil process clerk or other authorized person to write the date on which he or she receives the summons and complaint and the name of the case and the civil action number in a calendar book (the "Service Book") maintained for that purpose. I have reviewed the entries made in the Service Book starting on March 17, 2015, and found no entry reflecting receipt of service of process for the above-captioned civil action.

    5.    The Civil Division of our Office also maintains a Certified Mail Log with the item numbers for all incoming certified mail. I have reviewed the entries made in that Certified Mail Log, and found an entry indicating that item number 70121010000255458944 was received by our Office's Civil Division from the Main Mailroom at the Department of Justice on March 17, 2015. That entry, however, includes a notation stating "(summons only inside)." A copy of the page in the Certified Mail Log that contains this entry is attached. Thus, the certified mail package corresponding to item number 70121010000255458944 did not comply with Fed. R. Civ. P. 4(c)(1), which requires that "[a] summons *must* be served with a copy of the complaint." (Emphasis supplied.)

    6.    The Civil Division's Service Book and Certified Mail Log are kept in the ordinary course of the Civil Division's regularly conducted activities, and the entries contained therein are made as a regular practice, at or near the relevant time, by Civil Division staff members with personal knowledge of the information recorded.

7. The certified mail package corresponding to item number 70121010000255458944 was not accepted by our Office as valid service of process in the above-captioned civil action because that package was not addressed to the civil process clerk and did not contain a copy of the plaintiff's complaint.

8. The Freedom of Information Act, 5 U.S.C. § 552(a)(4)(C), requires a defendant agency to respond to a complaint within 30 days after the complaint is served on the agency. To properly serve a federal agency under Fed. R. Civ. P. 4(i)(2), the plaintiff must not only "send a copy of the summons and complaint by registered or certified mail to the agency," but also "serve the United States" as prescribed in Fed. R. Civ. P. 4(i)(1), which, *inter alia*, requires service of the summons and complaint "on the United States attorney for the district where the action in brought." Furthermore, pursuant to Fed. R. Civ. P. 12(a)(2), a defendant agency's time to serve a responsive pleading begins to run "after service on the United States attorney." The time for defendant's response to the complaint in the above-captioned case, therefore, will not begin to run until our Office is properly served. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2015.

_____
DANIEL F. VAN HORN

# CERTIFIED MAIL LOG
## (Civil Division)

| DATE | TIME | CASE NO. | CASE CAPTION | TRACKING NO. | FROM | PACKAGE DESCRIPTION | TO | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 3/11 | 11:55 | 15-309 | People for Ethical Treat of Animals v. US DHHS | 7010 3090 0001 3141 3960 | Peta | ENV | CPC | RH |
|  |  | 15-321 | Judicial Watch v US Dept of State | 7014 0150 0000 3228 | Judicial Watch |  | CPC |  |
|  |  | 15-311 | Matthew Goldstein v. US Dept of State | 7014 2870 0000 7076 0823 | Matthew Goldstein |  | CPC |  |
|  |  | 15-308 | Rhonda Callaway v Carolyn Colvin | 7160 3901 9845 7816 9738 | Joseph Aronica |  | CPC |  |
|  |  | — | Aaron Williams v USA | 91 7199 9991 7051 7148 2251 | Armstrong, Donohue Ceppos, Vaughan |  |  |  |
| 3/11 | 3:05 | 15-184 | Nalani Mahon Culbert Dickens, et al | 7013 1710 0002 2612 6713 | Chasen Boscolo | ENV | USAO | SJ |
| 3/12 | 4:00 | 15-273 | John Doe v US Immigration | 9414 7266 9904 2024 1239 | Baker Donelson | ENV | Ron Mc | AB |
| 3/12 | 4:00 | 15-0311 | Matt Goldstein v US DOJ | 7014 2870 0000 7216 0717 | Goldstein PLLC | ENV | USAO | AB |
| 3/17/15 | 12:00 | 15-3015 | CLASS v. USA | 7014 2000 0000 3436 0788 | RODNEY-DALE; CLASS | ENV. | USA. | RR |
|  |  | 15-0345 | THE ASSOCIATE PRESS v. US DEPT OF STATE | 7012 1010 0002 5545 8944 | LEVINE SULLIVAN KOCH & SCHULZ LLP | ENV. (SUMMONS ONLY INSIDE) | USA |  |
|  |  | 15-0346 | COMPETITIVE ENTERPRISE INST. v. EPA | 7013 3020 0000 7250 4107 | COMPETITIVE ENTERPRISE INSTITUTE | ENV. | CIV. A CLERK USA |  |

PFL-5/2014