IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:15-cv-345 |
| UNITED STATES DEPARTMENT OF STATE, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

The Court having considered defendant's motion for leave to respond to the complaint, there being no opposition thereto, and good cause having been shown, it is hereby

ORDERED, that defendant's motion is granted, and it is further

ORDERED, that defendant shall respond to the complaint on or before May 26, 2015.

_____        _____
Date                                                              RICHARD J. LEON
                                                                     United States District Judge