IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    Case No. 1:15-cv-345<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, the parties hereby move for a one-week continuance of the status conference currently scheduled for July 15, 2015. The parties are in the process of negotiating a joint proposed production schedule and expect to reach an agreement on the terms within the next week. The parties propose that the status conference be continued to July 22, 2015, in the event they fail to reach an agreement.

Respectfully submitted,

FOR PLAINTIFF:

**/s/ Jay Ward Brown**
JAY WARD BROWN
1899 L Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 508-1136
Fax: (202) 861-9888
E-mail: jbrown@lskslaw.com

David A. Schulz
321 West 44th Street, Suite 1000
New York, NY 10036
Telephone: (212) 850-6100
Fax: (212) 850-6299

E-mail: dschulz@lskslaw.com
Counsel for Plaintiff

FOR DEFENDANT:

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

VINCENT H. COHEN, JR.
Acting United States Attorney

MARCIA BERMAN
Assistant Director

**/s/ Lisa A. Olson**
LISA A. OLSON
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Mass. Ave., N.W., Room 7300
Washington, D.C. 20530
Telephone: (202) 514-5633
Telefacsimile: (202) 616-8470
E-mail: lisa.olson@usdoj.gov
Counsel for Defendant

Date: July 14, 2015

**SO ORDERED:**

_____    _____
**DATE**                  **Richard J. Leon**
                          **UNITED STATES DISTRICT JUDGE**