UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 1:15-cv-345 (RJL) |

## NOTICE OF APPEARANCE

Robert J. Prince (D.C. Bar No. 975545), United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as counsel of record for the Defendant. All future correspondence and other communications regarding this case should be directed to Mr. Prince at the following addresses:

**FOR U.S. MAIL**     Robert J. Prince
U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

**FOR COURIER**     Robert J. Prince
**AND HAND**        U.S. Department of Justice
**DELIVERIES**      Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 5106
Washington, D.C. 20530

**U.S. MAIL SENT TO THE ADDRESS FOR COURIER AND HAND DELIVERIES MAY TAKE UP TO THREE WEEKS TO REACH COUNSEL.**

Mr. Prince may be reached by phone at (202) 305-3654 or by electronic mail at robert.prince@usdoj.gov. Faxes for Mr. Prince should be sent to (202) 616-8460; to ensure the quickest delivery, Mr. Prince should be notified by email if a fax is sent to him.

Date: July 21, 2015    BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director

 */s/ Robert J. Prince*
ROBERT J. PRINCE (D.C. Bar No. 975545)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 305 3654
robert.prince@usdoj.gov

*Counsel for Defendant*