UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>    *Plaintiff*,<br><br>              v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    *Defendant*. | Civil Action No. 1:15-cv-345 (RJL) |

## NOTICE OF FILING DECLARATION OF JOHN F. HACKETT

Defendant United States Department of State (the Department) provides notice that attached hereto is the Declaration of John F. Hackett, Director of the Department's Office of Information Programs and Services, the official who oversees the Department's FOIA operations. The declaration addresses the questions and concerns the Court raised at the status conference on July 15, 2015.

Date: July 21, 2015

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director

*/s/ Lisa A. Olson*
LISA A. OLSON
ROBERT J. PRINCE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-5633
lisa.olson@usdoj.gov

*Counsel for Defendant*