IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　Defendant. | Case No. 1:15-cv-345 RJL |

## NOTICE OF APPEARANCE OF MATTHEW E. KELLEY, ESQ.

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance in this matter as counsel for Plaintiff The Associated Press, and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

Dated:  July 22, 2015

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By:　/s/ Matthew E. Kelley
　　　Matthew E. Kelley (D.C. Bar No. 1018126)
　　　Jay Ward Brown (D.C. Bar No. 437686)
　　　1899 L Street, N.W., Suite 200
　　　Washington, D.C.  20036
　　　Telephone: (202) 508-1136
　　　Fax: (202) 861-9888
　　　E-mail: jbrown@lskslaw.com
　　　mekelley@lskslaw.com

　　　David A. Schulz (D.C. Bar No. 459197)
　　　321 West 44th Street, Suite 1000
　　　New York, NY 10036
　　　Telephone: (212) 850-6100
　　　Fax: (212) 850-6299
　　　E-mail: dschulz@lskslaw.com

Of Counsel:

Karen Kaiser
Brian Barrett
The Associated Press
450 West 33rd Street
New York, NY  10001
Telephone: (212) 621-7547
Fax: (212) 506-6131
E-mail: kkaiser@ap.org
E-mail: bbarrett@ap.org

*Counsel for Plaintiff The Associated Press*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2015, I caused the foregoing Notice of Appearance of Matthew E. Kelley, Esq. to be filed and served electronically via the Court's ECF system upon counsel of record.

Dated: July 22, 2015                                          /s/ Matthew E. Kelley
                                                                         Matthew E. Kelley