# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ASSOCIATED PRESS, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    No. 1:15-cv-345 <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF JOHN F. HACKETT

Defendant United States Department of State (the Department) provides notice that attached hereto is the Supplemental Declaration of John F. Hackett, Director of the Department's Office of Information Programs and Services, the official who oversees the Department's FOIA operations.

Date: July 28, 2015

                                             BENJAMIN C. MIZER
                                             Principal Deputy Assistant Attorney General

                                             MARCIA BERMAN
                                             Assistant Director

                                             /s/ Lisa A. Olson
                                             LISA A. OLSON
                                             ROBERT J. PRINCE
                                             United States Department of Justice
                                             Civil Division, Federal Programs Branch
                                             20 Massachusetts Ave., N.W.
                                             Washington, DC 20530
                                             Tel: (202) 514-5633
                                             lisa.olson@usdoj.gov

                                             *Counsel for Defendant*