UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ASSOCIATED PRESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cv-345 |
| | ) | |
| U.S. DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL DECLARATION OF JOHN F. HACKETT

Pursuant to 28 U.S.C. § 1746, I, John F. Hackett, declare and state as follows:

1.      As described in my earlier declaration of July 21, 2015, I oversee the office of the United States Department of State ("the Department") responsible for, among other things, responding to requests for records under the Freedom of Information Act (the "FOIA"). *See* Decl'n of John Hackett ¶ 29 (ECF No. 11-1).  In that declaration, I provided estimates of the number of pages that are potentially responsive to plaintiff's five FOIA requests. *Id.* ¶ 29.  I also explained that the Department drew those estimates from ongoing searches for responsive records and that a review of the potentially responsive records could lead to discovery of additional locations that should be searched. *Id.* ¶ 22, 30.  The purpose of this declaration is to update two of the estimates provided in the previous declaration with information drawn from those ongoing searches.

2.      With respect to Request A (seeking daily calendar of appointments, phone calls, and meetings for former Secretary of State Clinton), I estimated in my previous declaration that there were at least 2,940 pages of potentially responsive records within the Office of the

Secretary. *Id.* ¶ 29.1. A subsequent search since the filing of the previous declaration uncovered an additional 400 to 500 pages of potentially responsive records within the Office of the Secretary, bringing the total current estimate of potentially responsive documents for request A to 4,850 to 4,950 pages (as compared to the original estimate of approximately 4,440 pages).

      3.      With respect to request E (seeking records related to BAE Systems), I estimated in my previous declaration that there were at least 5,000 pages of potentially responsive records from the Office of the Legal Adviser. *Id.* ¶ 29.5. The Office of the Legal Adviser has used the additional time available to it since the filing of the previous declaration to perform a more detailed analysis and to cull non-responsive records. The Office of the Legal Adviser has determined that only approximately 490 of those pages must be reviewed for responsiveness, leaving a total of at least approximately 13,387 pages (as compared to the original estimate of at least 17,897 pages) potentially responsive to request E.

***

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this ___28ᵗʰ___ day of July 2015, Washington, D.C.

_____
John F. Hackett

2