IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE ASSOCIATED PRESS,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF STATE,  )<br>)<br>Defendant.  )<br>)<br>)  | Case No. 1:15-cv-345 |

## NOTICE

On October 13, 2015, in *Leopold v. State*, 15-cv-123 (D.D.C) (Contreras, J.), John Hackett, Director of Information Programs and Services ("IPS") of the United States Department of State ("State") filed a declaration (hereinafter, cited as the "Hackett *Leopold* Decl.") (attached as Exh. A) describing the resources allocated to IPS, which is the State Department office responsible for responding to requests for records under the Freedom of Information Act, 5 U.S.C. § 552.  The October 13, 2015 declaration in *Leopold* provides updated information regarding the resources of IPS and makes two clarifications and corrections to calculations that were included in Mr. Hackett's July 21, 2015 declaration in this case. *See* July 21, 2015 Declaration of John F. Hackett ("Hackett Decl.") (ECF 11-1).  State submits this Notice in order to provide the Court with a copy of the October 13, 2015 Hackett Declaration from *Leopold* to ensure that this Court has the latest and most precise information currently available regarding the resources of IPS.  The relevant information that Mr. Hackett has clarified is described below.

First, in his July 21, 2015 declaration in this case, Mr. Hackett stated that the

{00860452;v1}

Department's FOIA staff consists of 63.5 full-time civil service employees. *See* July 21 Hackett Decl. ¶ 18; *see also* July 29, 2015 Transcript of Status Hearing at 11-12. He further stated that the total included employees who work in and process FOIA requests for State's decentralized bureaus/offices (such as Consular Affairs and Diplomatic Security). *See* July 21 Hackett Decl. ¶ 18; *see also* July 29, 2015 Transcript of Status Hearing at 11-12. In fact, the individuals who process FOIA requests for the decentralized bureaus/offices are not part of the approximately 63 full time employees ("FTEs") in IPS. Hackett *Leopold* Decl. ¶ 8 n. 2. Mr. Hackett's October 13, 2015 declaration in *Leopold* also notes that that there are currently seven detailees who, although not part of the permanent IPS staff, were assigned to IPS in early July 2015 to assist with administrative tasks related to the processing of the emails provided to State by former Secretary Clinton. *Id.*

Second*,* in Mr. Hackett's July 21, 2015 declaration in this case, he stated that "[t]he Department also engages the services of approximately 40 part-time retired Foreign Service Officers . . . ." July 21 Hackett Decl. ¶ 18; *see also* July 29, 2015 Transcript of Status Hearing at 12-13. That description should have explained that there are 40 FTE *positions* that are staffed by more than 60 part-time retired Foreign Service Officers. The retired Foreign Service Officers work, on average, two-thirds of a full schedule. Thus, taken together, they work approximately the number of hours that 40 full-time reviewers would. The numbers in the July 21, 2015 Hackett Declaration inadvertently conflated the number of positions and the number of people filling them. Hackett *Leopold* Decl. ¶ 8 n. 3.

State submitted the July 21, 2015 declaration to help explain to the Court why State needed the time it sought to complete the searches at issue in this case. State regrets any confusion caused by Mr. Hackett's July 21 declaration.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

VINCENT H. COHEN, JR.
Acting United States Attorney

MARCIA BERMAN
Assistant Director

**/s/ Lisa A. Olson**
LISA A. OLSON
ROBERT PRINCE
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Mass. Ave., N.W., Room 7300
Washington, D.C. 20530
Telephone: (202) 514-5633
Telefacsimile: (202) 616-8470
E-mail: lisa.olson@usdoj.gov
Counsel for Defendant

Date: Oct. 15, 2015