IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE ASSOCIATED PRESS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Case No. 1:15-cv-345<br><br>**FILED**<br>JAN 19 2016<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

## SCHEDULING ORDER REGARDING REQUEST A

Upon consideration of Defendant's Status Report and Proposed Production Schedule Regarding Request A (ECF No. 29), plaintiff's response thereto (ECF No. 30), and the parties' proposed scheduling orders (ECF Nos. __ and __), it is hereby **ORDERED** that the following schedule shall apply to the production of documents responsive to Request A, Calendars and Schedules of former Secretary of State Hillary Clinton ("Secretary Clinton"). The Court notes that this Order specifically *excludes* any responsive documents contained in the approximately 55,000 pages of emails provided to the Department of State ("State") by Secretary Clinton, which are already subject to a scheduling order in a separate case, *see* Scheduling Order, *Leopold v. U.S. Department of State*, No. 1:15-cv-123-RC (D.D.C. May 27, 2015), ECF No. 17, as well as documents contained in the twenty boxes of documents provided to State by Secretary Clinton's former senior advisor Philippe Reines.

It is hereby **ORDERED** that, by February 29, 2016, State shall have reviewed and processed 600 pages of documents from the electronic files containing Secretary Clinton's "final schedules" and "mini-schedules" and produced all non-exempt portions of those pages; it is further

**ORDERED** that State shall continue reviewing and processing documents in the above-referenced electronic files at a rate of ~~400~~ 600 pages every thirty days, and shall, every thirty days, produce all non-exempt portions of the documents reviewed during the previous thirty days, until all documents containing the electronic files have been reviewed and all non-exempt portions of the documents produced; it is further

**ORDERED** that within one week of each production, Defendant shall file a status report informing the Court of the number of pages produced and the status of further processing of this set of documents; and it is further

**ORDERED** that the Defendant shall alert this Court without delay if it believes it will not be able to comply with any deadline set forth in this Order, providing the specific reasons as to why the deadline will not be met and proposing a revised schedule.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1/15/16