IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE ASSOCIATED PRESS,          )<br>                                               )<br>        Plaintiff,                        )<br>                                               )<br>v.                                           )     Case No. 1:15-cv-345<br>                                               )<br>UNITED STATES DEPARTMENT OF STATE,   )<br>                                               )<br>        Defendant.                    )<br>                                               )  |  |

**NOTICE OF SUBMISSION OF DOCUMENTS FOR *IN CAMERA* INSPECTION**

Defendant United States Department of State ("State") hereby gives notice that pursuant to the Court's minute order of October 12, 2016, on October 14, 2016, State delivered to the Court's chambers for *in camera, ex parte* inspection, unredacted copies of the 38 sample documents that are the subject of the parties' cross-motions for partial summary judgment. As directed by the Court, State provided (1) a binder containing hard copies of the 38 unredacted sample documents and (2) one USB flash drive also containing copies of the unredacted sample documents. Both (1) and (2) contain two versions of each document, one "clean" version and one version with boxes around the redacted material labeled by the exemption claimed for each redaction. Per the Court's instruction, these materials are being provided for *in camera, ex parte* inspection and are not being filed on the public record.

        Respectfully submitted,

        BENJAMIN C. MIZER
        Principal Deputy Assistant Attorney General

        CHANNING D. PHILLIPS
        United States Attorney

        MARCIA BERMAN
        Assistant Director

        /s/ *Carol Federighi*
        CAROL FEDERIGHI
        U.S. Department of Justice
        Civil Division
        Federal Programs Branch
        P.O. Box 883
        Washington, D.C. 20044
        Telephone: (202) 514-1903
        E-mail: carol.federighi@usdoj.gov

        Counsel for Defendant

Date:  October 14, 2016